# UNITED STATES DISTRICT COURT
# SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                       **CASE NO.: 2:15-CR-249**
                                                          **JUDGE SMITH**

**DAVID RATH, M.D.,**

      **Defendant.**

## ORDER

This matter is before the Court on the United States' Motion to Dismiss (Doc. 14).  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States requests leave of Court to dismiss the criminal charges against Defendant David Rath, M.D. because he was found deceased on January 5, 2016.

Based on the aforementioned, the United States' Motion to Dismiss is hereby **GRANTED**.  The criminal charges against the above-named Defendant are hereby dismissed.  The Clerk of this Court shall close this case.

      **IT IS SO ORDERED.**

                                                           */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**